IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| LYNN TWOMBLY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cv-65-WCO-JCF |
| | ) | |
| v. | ) | |
| | ) | |
| GLOBAL CREDIT & | ) | |
| COLLECTION CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the plaintiff, LYNN TWOMBLY, by and through her attorneys, FORTAS LAW GROUP, LLC., and for her Complaint against the defendant, GLOBAL CREDIT & COLLECTION CORPORATION, the plaintiff states as follows:

### I.   PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

### II.   JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

### III. PARTIES

4. LYNN TWOMBLY, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Cumming, County of Forsyth, State of Georgia.

5. The debt that Plaintiff was allegedly obligated to pay was a debt allegedly originally owed by Plaintiff to Citibank (hereinafter, "the Debt").

6. The debt that Plaintiff allegedly owed Citibank was for a credit card, on which charges were incurred primarily for the personal use of Plaintiff and/or for household expenditure.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. GLOBAL CREDIT & COLLECTION CORPORATION, (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of Georgia. Defendant is registered as a corporation in the State of Delaware.

9. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

10. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

11. During the course of its efforts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence via the mail and/or electronic mail and initiates contact with alleged debtors via various means of telecommunication, such as the telephone and facsimile.

12. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

13. At all relevant times, Defendant acted through its duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## IV.   ALLEGATIONS

14. Starting in or around January 2015, Defendant initiated multiple telephone calls to Plaintiff's parents.

15. During the course of the aforementioned telephone calls, Defendant's representative did not identify themselves and did not state that they were calling to confirm or correct location information.

16. During the course of the aforementioned telephone call, Defendant's representative disclosed the name of Defendant despite not being expressly requested to do so.

17. During the course of the aforementioned telephone conversation, Defendant disclosed that it was a debt collector and that Plaintiff owed a debt and that it was attempting to settle the Debt with Plaintiff.

18. Plaintiff's parents did not request that they be contacted by Defendant.

19. Plaintiff's parents informed Defendant that Plaintiff did not live with them.

20. Defendant did not reasonably believe that location information provided by Plaintiff's parents was incomplete or erroneous.

21. Plaintiff did not consent to Defendant contacting third parties.

22. Defendant persisted with its calls to Plaintiff's parents and initiated multiple calls to Plaintiff's parents in an attempt to collect the Debt.

23. In its attempts to collect the debt allegedly owed by Plaintiff, Defendant violated the FDCPA, 15 U.S.C. §1692, in one or more of the following ways:

   a. Communicated with any person other than the consumer for the purpose of acquiring location information about the consumer and failed to identify himself, failed to state that he is confirming or correcting location information concerning the consumer, and/or identified his employer without the express request of the consumer in violation of 15 U.S.C. §1692b(1);

   b. Communicated with any person other than the consumer for the purpose of acquiring location information about the consumer and

    stating that the consumer owes any such debt in violation of 15 U.S.C. §1692b(2);

c. Communicated with any person other than the consumer more than once without authorization from the consumer and without a reasonable belief that the earlier response from said person as to the consumer's location was erroneous or incomplete in violation of 15 U.S.C. §1692b(3);

d. Communicated in connection with the collection of any debt with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector in violation of 15 U.S.C. §1692c(b);

e. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

24. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

### V.   JURY DEMAND

25. Plaintiff hereby demands a trial by jury on all issues so triable.

### VI.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff, LYNN TWOMBLY, by and through her attorneys, respectfully prays for Judgment to be entered in favor of Plaintiff and against Defendant as follows:

    a.   All actual compensatory damages suffered;

  b. Statutory damages of $1,000.00;

  c. Plaintiff's attorneys' fees and costs;

  d. Any other relief deemed appropriate by this Honorable Court.

           Respectfully submitted,
           **LYNN TWOMBLY**

        By: s/ Scott Fortas
          Attorney for Plaintiff

Dated: April 10, 2015

Scott Fortas (Bar No. 269980)
Fortas Law Group, LLC
1936 N. Druid Hills Rd., Suite 100B
Atlanta GA 30319
Telephone:(404) 315-9936
Facsimile:  (404) 636-5418
E-Mail:    sfortas@fortaslaw.com